# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00030-CR

**Miguel Angel Lira-Castillo, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 207TH DISTRICT COURT OF COMAL COUNTY, NO. CR2019-578, THE HONORABLE GARY L. STEEL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Miguel Angel Lira-Castillo seeks to appeal a judgment of conviction for aggravated robbery. *See* Tex. Penal Code § 29.03. The trial court has certified that this is a plea-bargain case and Lira-Castillo has no right of appeal. Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Melissa Goodwin, Justice

Before Justices Goodwin, Kelly, and Smith

Dismissed for Want of Jurisdiction

Filed: February 6, 2020

Do Not Publish